IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFERY L. CALVIN,

    Plaintiff,

v.                                        CASE NO. 1:13-cv-183-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner or Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion to Dismiss his Social Security appeal. (Doc. 14.) Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies that he has conferred with counsel for Defendant, and defense counsel does not object to the motion. Because Defendant has already served an Answer in this case (Doc. 8), Plaintiff's request for voluntary dismissal must be granted by an Order of the Court, pursuant to Fed. R. Civ. P. 41(a)(2). Here, the Court finds no reason that Plaintiff's motion to voluntarily dismiss his case should not be granted.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion to Dismiss, Doc. 14, should be **GRANTED.**

**IN CHAMBERS** in Gainesville, Florida, on April 9, 2014.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**
Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.