# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JEFFERY L. CALVIN,

    Plaintiff,

v.                                  CASE NO. 1:13-cv-00183-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 9, 2014. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (Doc. 15) is adopted and incorporated by reference in this order.

2.     Plaintiff's Motion to Dismiss (Doc. 14) is GRANTED.

3.   This case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**DONE AND ORDERED** this  *9th* day of May, 2014

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge